Heather M. Vigil, Bar No. 254694
hvigil@littler.com
Alexis M. Schwab, Bar No. 341397
aschwab@littler.com
LITTLER MENDELSON, P.C.
18565 Jamboree Road
Suite 800
Irvine, California 92612
Telephone: 949.705.3000
Fax No.: 949.724.1201

Attorneys for Defendant
IDEMIA AMERICA CORP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO ADRIAN GALINDO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>IDEMIA AMERICA CORP, a Delaware corporation; LIFE INSURANCE COMPANY OF NORTH AMERICA dba CIGNA, a Pennsylvania corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.<br><br>**DECLARATION OF HEATHER M. VIGIL IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT** |
LITTLER MENDELSON, P.C.
18565 Jamboree Road
Suite 800
Irvine, CA 92612
949.705.3000

DECLARATION OF HEATHER M. VIGIL IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT

# DECLARATION OF HEATHER M. VIGIL

I, Heather M. Vigil, hereby declare as follows:

1. I am an attorney with the law firm of Littler Mendelson, P.C., attorneys for Defendant IDEMIA AMERICA CORP ("Defendant") in the above-entitled matter. I am duly licensed to practice law before this Court and all courts in the State of California. I make this declaration based upon my review of the firm's file and the court docket and on personal knowledge of the facts, and, if called upon to do so, could and would competently testify thereto.

2. On August 28, 2023, Plaintiff JULIO ADRIAN GALINDO filed a Complaint for Damages ("Complaint") in the Superior Court of the State of California, County of Los Angeles, entitled *Julio Adrian Galindo v. Idemia America Corp; Life Insurance Company of North America dba Cigna; and Does 1-20 inclusive*, Case No. 23STCV20624 ("State Court Action"). A true and correct copy of the Complaint is attached hereto as **Exhibit A**.

3. True and correct copies of the summons and civil case cover sheet are attached hereto as **Exhibit B**.

4. On August 31, 2023, Defendant was served with a copy of the Summons and Complaint. A true and correct copy of the Summons is attached hereto as **Exhibit C**.

5. Defendant filed its answer with the California Superior Court of California, Los Angeles on October 2, 2023. Attached hereto as **Exhibit D** is a true and correct copy of the Answer.

6. The attached exhibits constitute all known process, pleadings, and orders served upon Defendant or filed or received in this action by them. As of today, I am informed and believe that no further process, pleadings or orders related to this case have been filed in Los Angeles County Superior Court and no other parties have been validly served with the Summons and Complaint in this matter.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on 2nd day of October, 2023 at Irvine, California.

_____
HEATHER M. VIGIL

# PROOF OF SERVICE BY MAIL

I am employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 18565 Jamboree Road, Suite 800, Irvine, California 92612. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On October 2, 2023, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**DECLARATION OF HEATHER M. VIGIL IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT**

in a sealed envelope, postage fully paid, addressed as follows:

> Ramin R. Younessi
> LAW OFFICES OF RAMIN R. YOUNESSI
> A PROFESSIONAL LAW CORPORATION
> 3435 Wilshire Blvd., Suite 2200
> Los Angeles, CA 90010
> Telephone: (213) 480-6200
> Email: ryounessi@younessilaw.com
>
> *Attorneys for Plaintiff*
> *Julio Adrian Galindo*

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 2, 2023, at Irvine, California.

Cecilia Mendoza